UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

Tracie Fish,

           Plaintiff,                    Hon. Phillip J. Green

v.                                          Case No. 1:20-cv-143

Andrew Saul, Commissioner of
Social Security,

           Defendant.
_____/

## **JUDGMENT**

In accordance with the Memorandum Opinion entered this date:

**IT IS HERBY ORDERED** that the Commissioner's decision is **VACATED,** and the matter **REMANDED** for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g).

Dated:  August 28, 2020                    /s/  Phillip J. Green
                                                      PHILLIP J. GREEN
                                                        United States Magistrate Judge